# Court of Appeals
# of the State of Georgia

ATLANTA,  April 14, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0367.  ARON REXHEPI v. THE STATE.**

In 2014, Aron Rexhepi was convicted of armed robbery, kidnapping, and three counts of aggravated assault.  His convictions were affirmed on appeal in an unpublished opinion.  *Rexhepi  v. State*, Case No. A15A179, decided October 16, 2015.  Rexhepi subsequently filed a pro se "Extraordinary Motion for New Trial," which the trial court denied in an order dated February 1, 2017.  Rexhepi then filed this application for discretionary appeal on March 22, 2017, seeking review of that order.  We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal made beyond 30 days.  See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Here, Rexhepi filed his application 49 days after the trial court's order was entered. Accordingly, the application is untimely and is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta,  04/14/2017
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , Clerk.